DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| N.C. Dep't of Transp. v. Stagecoach Village<br><br>Case below:<br>166 N.C. App. 272 | No. 529PA04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1026) | Allowed (03/03/05) |
| Owens v. Wal-Mart Stores, Inc.<br><br>Case below:<br>165 N.C. App. 705 | No. 471P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-975) | Denied (03/03/05) |
| Production Sys., Inc. v. Amerisure Ins. Co.<br><br>Case below:<br>167 N.C. App. 601 | No. 083P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA04-580)<br><br>2. Def's (Amerisure Insurance Co.) Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Def's (Union Insurance Co.) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied (03/03/05)<br><br>2. Dismissed as moot (03/03/05)<br><br>3. Dismissed as moot (03/03/05) |
| Reynolds v. M&M Contr'g<br><br>Case below:<br>167 N.C. App. 109 | No. 072P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1015) | Denied (03/03/05) |
| Robertson v. Zoning Bd. of Adjust. for the City of Charlotte<br><br>Case below:<br>167 N.C. App. 531 | No. 065P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-166) | Denied (03/03/05) |
| Robinson v. Gardner<br><br>Case below:<br>167 N.C. App. 763 | No. 073P05 | Defs'(Gardner and Pike Electric) PDR Under N.C.G.S. § 7A-31 (COA03-1477) & (03-1478) | Denied (03/03/05) |
| Smith v. Barbour<br><br>Case below:<br>167 N.C. App. 371 | No. 024P05 | Def Staci Day Barbour's PDR under N.C.G.S. 7A-31 (COA02-1396) | Denied (03/03/05) |